1  GERALD KIM (SBN No. 216894)
   COUNSEL
2  SCREEN ACTORS GUILD, INC.
   5757 Wilshire Blvd., 8th Floor
3  Los Angeles, CA 90036-3600
   Telephone: (323) 549-6623
4  Facsimile: (323) 549-6624                                JS-6
   gkim@sag.org
5
   Attorney for Petitioner
6  Screen Actors Guild, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 | SCREEN ACTORS GUILD, INC., a        | Case No.: 2:09-cv-09266-JHN-FMOx
     non-profit corporation on behalf of |
12 | Affected Performers,                 |
                                          | JUDGMENT
13 |         Petitioner,                  |
   | v.                                    |
14 |                                       |
   | THE YELLOW BIRD                       |
15 | PRODUCTION, LLC,                      |
   |                                       |
16 |         Respondent.                   |

17

18

19  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20       The regularly noticed Motion for Order Confirming Arbitration Award and

21  for Entry of Judgment in Conformity Therewith of Petitioner Screen Actors

22  Guild, Inc. came before the Court.  Having considered all of the pleadings and

23  arguments submitted by the parties in connection with this motion as well as any

24  pleadings and papers on file:

25  ///

26  ///

27  ///

28  ///

[Proposed] Judgment                                    Case No. 2:09-cv-09266-JHN-FMOx

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1. The arbitration award in favor of Screen Actors Guild, Inc. and against The Yellow Bird Production, LLC, SAG Case No. 2002-0393, dated December 19, 2005, is confirmed in all respects.

2. The Yellow Bird Production, LLC is ordered to pay Screen Actors Guild, Inc. the following amounts:

    a. $116,882.30 plus taxes and processing costs,

    b. $250 for one-half of the arbitrator's fee,

    c. $3,200 in attorney's fees, and

    d. $350 in costs.

3. Screen Actors Guild, Inc. is granted an assignment of The Yellow Bird Production, LLC's accounts receivables from the distribution, exhibition, exploitation or other use of the theatrical picture known as "*The Yellow Bird*" until the above amounts are paid in full.

Dated: 2/9/10

Jacqueline H. Nguyen, Judge
United States District Court

[Proposed] Judgment      Case No. 2:09-cv-09266-JHN-FMOx